# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH ANTHONY DOWDALL<br><br>Debtor | Case No. 24-42950<br>Chapter 7 |

## UNOPPOSED SECOND MOTION TO EXTEND TIME
## TO FILE OBJECTIONS TO DISCHARGE

COMES NOW Mark A. Weisbart, Chapter 7 Trustee (the "Trustee"), and pursuant to, *inter alia*, 11 U.S.C. § 727 and FRBP 4004(b), files this *Unopposed Second Motion to Extend Time to File Objections to Discharge* (the "Motion"), and in support hereof, would show the Court the following:

1. On December 5, 2024, Joseph Dowdall ("Debtor") filed a Voluntary Petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-referenced bankruptcy proceeding.

2. Thereafter, Mark A. Weisbart was appointed the Chapter 7 Trustee and has since remained in that capacity.

3. The initial Meeting of Creditors was called on January 24, 2025, continued to March 14, 2025 and continued again to April 4 at 12:00 p.m.

4. The current deadline to file objections to discharge is April 24, 2025. Trustee, the Debtor, and parties related to the Debtor are engaged in settlement negotiations which include discharge issues. Accordingly, Trustee requests an extension of the deadline to object to the discharge of the Debtor to **Monday, May 26, 2025**. The requested extension is limited to the Trustee and the Office of the United States Trustee.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Court enter an

order granting the extension requested above and grant Trustee such other and further relief to which he is justly entitled.

Respectfully submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203
(972) 755-7103 Phone/Fax
MWeisbart@haywardfirm.com

COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned has conferred with Gerrit Pronske, counsel for the Debtor, and he agreed to the relief sought in this Motion.

/s/ Mark A. Weisbart
Mark A. Weisbart

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid no later than the 24th day of April 2025.

/s/ Mark A. Weisbart
Mark A. Weisbart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 24-42950<br>Eastern District of Texas<br>Sherman<br>Thu Apr 24 13:00:24 CDT 2025 | City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Sherrel K. Knighton<br>3500 Maple Avenue<br>Suite 800<br>DALLAS, TX 75219-3959 | Joseph Anthony Dowdall<br>3347 Overhill Drive<br>Frisco, TX 75033-1110 |
| Melissa S. Hayward<br>Hayward PLLC<br>10501 N. Central Expwy.<br>Suite 106<br>Dallas, TX 75231-2203 | Sherrel K. Knighton<br>Linebarger Goggan Blair & Sampson, LLP<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219-3959 | Dana Lipp<br>Lipp Legal PLLC<br>2591 Dallas Parkway<br>Suite 300<br>Frisco, TX 75034-8563 |
| Dana E Lipp<br>Lipp Legal PLLC<br>2591 Dallas Parkway<br>Suite 300<br>Frisco, TX 75034-8563 | MMWKM Advisors LLC<br>c/o Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin St., Ste. 220<br>Houston, TX 77002-1741 | MMWKM Advisors, LLC<br>c/o Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin, Suite 220<br>Houston, Texas 77002-1741 |
| Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Gerrit M. Pronske<br>Spencer Fane LLP<br>5700 Granite Parkway<br>Suite 650<br>Plano, TX 75024-6812 | Wyatt John Shirley<br>Hayward PLLC<br>10501 N Central Expressway, Suite 106<br>Dallas, TX 75231-2203 |
| The County of Denton, Texas<br>McCreary Veselka Bragg & Allen, P.C.<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| (p)MARK A  WEISBART<br>ATTN THE LAW OFFICE OF MARK A WEISBART<br>10501 N CENTRAL EXPY SUITE 106<br>DALLAS TX 75231-2203 | Worth Asset Management<br>16660 Dallas Parkway, Suite 1000<br>Dallas, TX 75248-2653 | Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin Street<br>Suite 220<br>Houston, TX 77002-1741 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Mark A. Weisbart<br>Chapter 7 Bankruptcy Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 | (d)Mark A. Weisbart<br>Hayward PLLC<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)MMWKM Advisors, LLC | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     1<br>Total                  18 |