**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| IN RE: | |
|---|---|
| JOSEPH ANTHONY DOWDALL | Case No. 24-42950<br>Chapter 7 |
| Debtor | |

**ORDER GRANTING UNOPPOSED SECOND MOTION TO
EXTEND TIME TO FILE OBJECTIONS TO DISCHARGE**

ON THIS DAY CAME ON FOR CONSIDERATION the *Unopposed Second Motion to Extend Time to File Objections to Discharge* filed by Mark A. Weisbart, Trustee, and for cause shown, it is hereby

ORDERED that the time to file a complaint objecting to discharge under 11 U.S.C. § 727 by the Trustee or the Office of the United States Trustee, shall be **Monday, May 26, 2025**.

IT IS SO ORDERED.