# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH ANTHONY DOWDALL<br><br>Debtor | Case No. 24-42950<br>Chapter 7 |

## ORDER GRANTING MOTION TO EXTEND
## TIME TO FILE OBJECTION TO DISCHARGE

ON THIS DAY CAME ON FOR CONSIDERATION the Opposed Motion to Extend Time to File Objection to Discharge filed by Creditor MMWKM Advisors, LLC, and based on the arguments and evidence presented, and for cause shown, including under Federal Rule of Bankruptcy Procedure 4004(b)(2) and 11 U.S.C. § 727(d), it is hereby

ORDERED that the time to file a complaint objecting to discharge under 11 U.S.C. § 727 by any party-in-interest, including MMWKM Advisors, LLC, Trustee Mark A. Weisbart, and the Office of the United States Trustee, shall be **Monday, May 26, 2025**.

IT IS SO ORDERED.

_____