# Exhibit A

```
 1                 UNITED STATES BANKRUPTCY COURT
                EASTERN DISTRICT OF TEXAS (SHERMAN)
 2

 3   IN RE:                         )
                                    )     CASE NO. 24-42950
 4   JOSEPH ANTHONY DOWDALL,        )     CHAPTER 7
                                    )
 5           Debtor.                )

 6

 7

 8

 9

10

11           TRANSCRIPTION OF AUDIO RECORDED

12      341 CREDITORS MEETING HELD TELEPHONICALLY

13           341 AUDIO 04.04.25 #1 AND #2

14              Durations: 45:55 and 18:42

15

16

17

18

19

20                        DISCLAIMER
21
     The transcription and translation of the contents
22   of this digital file recorded material are based
     upon the recording as heard on the particular
23   electronic equipment used, the quality of the
     recording provided, the speaking speed, and the
24   content of the conversation as understood by the
     reporter.  Furthermore, proper names were spelled
25   phonetically.
```

Case 24-42950 Doc 36-1 Filed 05/12/25 Entered 05/12/25 18:48:38 Desc Exhibit
Transcript of April 4, 2025 Meeting of Creditors (341) Page 2 of 12

Page 2

```
 1                   A P P E A R A N C E S

 2

     CHAPTER 7 TRUSTEE:
 3
         Mr. Mark A. Weisbart
 4


 5   COUNSEL FOR CREDITORS MMWKM ADVISORS, LLC, AND KEN
     MORAIF:
 6
         Mr. Patrick Yarborough
 7       FOSTER YARBOROUGH, PLLC
         917 Franklin Street, Suite 220
 8       Houston, Texas  77002
         Tel: (713) 331-5254
 9


10   COUNSEL FOR DEBTOR JOSEPH ANTHONY DOWDALL:

11       Mr. Gerrit M. Pronske
         SPENCER FANE, LLP
12       5700 Granite Parkway, Suite 650
         Plano, Texas  75024
13       Tel: (972) 324-0301


14

     COURT-APPOINTED RECEIVER IN A DALLAS COUNTY
15   DISTRICT COURT CASE JUDGMENT AGAINST
     JOSEPH DOWDALL:
16
         Ms. Dana Elise Lipp
17       LIPP LEGAL, PLLC
         2591 Dallas Parkway, Suite 300
18       Frisco, Texas  75034
         Tel: (512) 775-3383

19


20   ALSO PRESENT:

21        Mr. Joseph Anthony Dowdall, Debtor

22


23


24


25
```



```
 1                        I N D E X
 2                                                    PAGE
 3   Chapter 7 Trustee Calls Case...............     4
 4   JOSEPH ANTHONY DOWDALL
 5       Examination by Trustee Weisbart........     5
 6       Examination by Mr. Pronske.............     7
 7       Examination by Trustee Weisbart........     8
 8       Examination by Mr. Yarborough..........    25
 9       Examination by Ms. Lipp................    54
10       Examination by Trustee Weisbart........    56
11       Examination by Ms. Lipp................    60
12       Examination by Mr. Yarborough..........    62
13       Examination by Trustee Weisbart........    62
14   Adjournment................................    64
15   Court Reporter's Certification.............    65
16
17
18
19
20
21
22
23
24
25
```

```
 1                P R O C E E D I N G S
 2
 3              (341 AUDIO 04.04.25 #1)
 4              FEMALE SPEAKER:  All right.  Track
 5   No. 48, Joseph Dowdall, Case No. 24-42950.
 6              I have Patrick Yarborough listed.
 7   And, everybody else, if you'll please state your
 8   names.
 9              MR. DOWDALL:  Joseph Dowdall.
10              MR. PRONSKE:  Gerrit Pronske, attorney
11   for the debtor.
12              TRUSTEE WEISBART:  All right.  Mark
13   Weisbart, trustee.
14              Does anyone else want to appear in
15   this?
16              FEMALE SPEAKER:  Patrick does.
17              TRUSTEE WEISBART:  Can you state your
18   name, Mr. Yarborough, if you want to appear?
19              MR. YARBOROUGH:  Sure, of course.  My
20   name is Patrick Yarborough.  I'm here on behalf of
21   judgment creditors, MMWKM Advisors, LLC, and Ken
22   Moraif.
23              TRUSTEE WEISBART:  All right.
24              FEMALE SPEAKER:  Dana?
25              MS. LIPP:  Yes.  Sorry.  Dana Lipp.  I
```



```
 1  was the Court-appointed receiver in a district
 2  court case against Mr. Dowdall.
 3              TRUSTEE WEISBART:  Okay.  Are you
 4  appearing at this creditors meeting?
 5              MS. LIPP:  Yes, I'm appearing for the
 6  creditors meeting.  Thank you.
 7              TRUSTEE WEISBART:  Mr. Dowdall, I'm
 8  Mark Weisbart, the trustee.
 9              MR. DOWDALL:  Yes, sir.
10              TRUSTEE WEISBART:  And let me swear
11  you in, if you'll raise your right hand.
12              This meeting has been continued -- or
13  excuse me.  Do you swear to tell the truth?
14              MR. DOWDALL:  Yes.
15              TRUSTEE WEISBART:  Okay.  This meeting
16  has been continued twice before, but we've
17  actually never conducted the meeting so today
18  we're going to conduct the meeting and hopefully
19  get it concluded.
20                JOSEPH ANTHONY DOWDALL,
21      having been first duly sworn, testified as
22                      follows:
23                     EXAMINATION
24  BY TRUSTEE WEISBART:
25      Q.  Mr. Dowdall, let's see.  Have you ever
```

Case 24-42950   Doc 36-1   Filed 05/12/25   Entered 05/12/25 18:48:38   Desc Exhibit
Transcript of April 4, 2025 Meeting of Creditors (341)   Page 6 of 12

341 Creditors Meeting 04-04-25                                                                Page 6

```
 1  filed bankruptcy before?
 2       A.   No.
 3       Q.   Did you review your petition, schedules
 4  and statement of financial affairs before they
 5  were filed?
 6       A.   Yes.
 7       Q.   Are all of your assets identified in your
 8  bankruptcy schedules?
 9       A.   Yes.
10       Q.   Are there any changes you need to make to
11  your bankruptcy schedules, your statement of
12  financial affairs or your petition -- bankruptcy
13  petition?
14       A.   No.
15       Q.   Okay.  For the record, we have a copy of
16  your driver's license and Social Security card,
17  your '23 tax return.  Have you prepared and filed
18  your '24 return?
19       A.   Yes.  And actually did that inadvertently
20  and didn't realize the timing of it so I actually
21  have a refund for the '24 tax return that I'm
22  going to have to account for, you know, to apply
23  towards the creditors.
24       Q.   What is the amount of the refund?
25       A.   It's roughly $7,000.
```

888-893-3767
www.lexitaslegal.com



Case 24-42950    Doc 36-1    Filed 05/12/25    Entered 05/12/25 18:48:38    Desc Exhibit
Transcript of April 4   2025 Meeting of Creditors (341)    Page 7 of 12

341 Creditors Meeting 04-04-25                                                  Page 17

```
1         Q.  Anything of extraordinary value, say
2    $5,000 or more?
3         A.  No.
4         Q.  All right.  You identified, as you said,
5    your wife's bank account or accounts.  Did you --
6    I believe I was told that you signed a separate
7    property agreement with your wife?
8         A.  That's correct.
9         Q.  And is that a copy of -- can I get a copy
10   of that?
11             MR. PRONSKE:  I'm going to send you a
12   copy of it this afternoon.
13             TRUSTEE WEISBART:  Okay.  Great.
14   Thanks.
15        Q.  (BY TRUSTEE WEISBART)  And when was that
16   executed?
17        A.  I believe in 2022.
18        Q.  And why did you execute that agreement?
19        A.  You know, I was going through the lawsuit
20   and my wife just wanted to make sure that her
21   assets were identified as her assets due to the --
22   you know, due to the lawsuit.  I'll just --
23   without adding too much hyperbole there.  It was a
24   very challenging time.  But ultimately she just,
25   like I said, wanted to make sure her assets were
```

Case 24-42950 Doc 36-1 Filed 05/12/25 Entered 05/12/25 18:48:38 Desc Exhibit
Transcript of April 4, 2025 Meeting of Creditors (341) Page 8 of 12

341 Creditors Meeting 04-04-25

Page 46

```
 1        Q.   Okay.  But nevertheless these monies have
 2   been paid since they started -- since they became
 3   salary to an account owned by your wife, Layla
 4   Dowdall, as a separate property account.  Correct?
 5        A.   Yes.
 6        Q.   Did you answer?
 7        A.   I did.
 8        Q.   Okay.  You said yes?
 9        A.   Well, again, it's, you know, a lot of
10   time period here, but my recollection is that
11   that's how they were paid.  Okay.
12                TRUSTEE WEISBART:  Let me interrupt
13   here a second.  I've got four meetings that
14   started -- that were supposed to start at
15   1:00 o'clock.  It's almost 1:40.  What I would
16   like to do is adjourn this until -- for about 20
17   minutes and take it -- and take it up again at
18   2:00.
19                Is that a problem with anyone?
20                MR. YARBOROUGH:  No.  You're -- no.
21   That's fine, Mr. Trustee.
22                TRUSTEE WEISBART:  Okay.  And how much
23   questioning do you think you have, Mr. Yarborough?
24                MR. YARBOROUGH:  Really I could
25   probably finish in the next three minutes.  I'm
```



```
 1  me -- let me just break it down because it doesn't
 2  have to be a legal question.  It could just be a
 3  factual one.
 4              So the monthly statements of Layla
 5  Dowdall's separate bank accounts under the
 6  separate property agreement would show how much
 7  she received from WAM.  Correct?
 8      A.  I (audio cuts out).
 9      Q.  And --
10              MR. PRONSKE:  I didn't hear the
11  answer.  I just -- it just got blurred out.
12              MR. DOWDALL:  I'm sorry.  The answer
13  was I don't know.
14              MR. PRONSKE:  Okay.  Sorry.
15      Q.  (BY MR. YARBOROUGH)  Okay.  So as you sit
16  here today, can you tell the trustee and the
17  creditors present here today whether the separate
18  property agreement addresses the transfer of your
19  income from WAM?
20      A.  I don't know.
21      Q.  Okay.  And can you confirm here on the
22  record that you still have a copy of the separate
23  property agreement?
24      A.  Yeah.  I can't confirm because I'm not
25  exactly sure if I do or don't.
```



```
 1        A.   On the schedules that I provided?
 2        Q.   No.  Just -- do you know if the vehicle
 3   that was purchased for your daughter, is that
 4   considered community property or your wife's
 5   separate property?  Is it subject to the separate
 6   property agreement, I guess, is what I'm asking?
 7        A.   I'm not entirely sure.  Based on the
 8   timing I would -- because the separate property
 9   agreement was -- yeah.  I don't know.  I'm sorry.
10        Q.   Okay.  And then does she have any
11   valuable personal property, jewelry, heirlooms,
12   antiques, collectibles that would be considered
13   subject to the separate property agreement?
14        A.   Not that I'm aware of.
15        Q.   Okay.
16             TRUSTEE WEISBART:  All right.  Any
17   other questions?
18             What I'd like to do is go ahead and
19   conclude the meeting.  There are documents that I
20   have not yet seen, some credit card statements and
21   the '24 tax return and the separate property
22   agreement.
23             Yeah.  Just to confirm that you
24   have -- you'll provide me a copy of the separate
25   property agreement.
```



```
 1                 MR. PRONSKE:  Yes.
 2                 TRUSTEE WEISBART:  Okay.  And then --
 3   so I'm going to conclude the meeting, but I'm
 4   going to reserve the right to recall the meeting
 5   if that's the right word or reset the meeting if
 6   there are questions that I have that I can't get
 7   answers to, and I don't anticipate that -- don't
 8   get me wrong -- related to these documents that we
 9   have not seen.  Fair enough?
10                 MR. PRONSKE:  Yes.
11                 MR. DOWDALL:  Thank you.
12                 TRUSTEE WEISBART:  Anything else from
13   anybody?
14                 All right.  Good.  Meeting is
15   concluded then.  Thank you.
16                 MS. LIPP:  Thank you.
17                 (End of digital recording)
18
19
20
21
22
23
24
25
```

888-893-3767
www.lexitaslegal.com

LEXITAS

1  THE STATE OF TEXAS )

2  COUNTY OF HARRIS   )

3

4              I, Diana Ramos, Certified Shorthand

5  Reporter in and for the State of Texas, do hereby

6  certify that the above and foregoing is a correct

7  transcription from the audio recording provided to

8  me in the above-entitled matter, taken down by me

9  in machine shorthand and later reduced to

10 typewritten form to the best of my ability.

11             Certified to by me this 30th day of

12 April, 2025.

13

14 *Diana Ramos*
   _____
   Diana Ramos, CSR
15 CSR No. 3133, Expires 1-31-2027
   LEXITAS
16 Firm Registration No. 95
   13101 Northwest Freeway, Suite 210
17 Houston, Texas   77040
   (281) 469-5580

18

19

20

21

22

23

24

25

888-893-3767
www.lexitaslegal.com

LEXITAS