Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24–42950
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Joseph Anthony Dowdall

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, May 20, 2025*

at

*10:00 AM*

to consider and act upon document 36 – Creditor MMWKM'S Opposed Motion to Extend Time to File Objections to Discharge Pursuant to FRBP 4004(b)(2) Filed by MMWKM Advisors, LLC (Attachments: # 1 Exhibit Transcript of April 4, 2025 Meeting of Creditors (341) # 2 Proposed Order) (Yarborough, Patrick)Modified on 5/13/2025 (wg). filed as document number 36 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Wednesday, May 14, 2025

                                                            Jason K. McDonald
                                                            Clerk, U.S. Bankruptcy Court