IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-42950 |
| JOSEPH ANTHONY DOWDALL, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## ORDER DENYING CREDITOR MMWKM'S OPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO DISCHARGE

Before the Court is the *Creditor MMWKM's Opposed Motion to Extend Time to File Objections to Discharge* (the "**Motion**") filed by MMWKM Advisors, LLC ("**Creditor**" or "**MMWKM**"). At the hearing on May 20, 2025, the Court considered the pleadings, briefs, and evidence filed by the Creditor and Joseph Anthony Dowdall (the "**Debtor**"), as well as the oral arguments and admissions of counsel. At the conclusion of the hearing the Court stated orally and recorded in open court its findings and rulings. For all the reasons stated in the oral ruling, the Motion is denied.

**IT IS, THEREFORE, ORDERED THAT:**

The Motion is hereby **DENIED**.

Signed on:

Signed on 05/22/2025

_____ SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE