IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: <br><br> JOSEPH ANTHONY DOWDALL <br><br> Debtor | Case No. 24-42950 <br> Chapter 7 |

**UNOPPOSED THIRD MOTION TO EXTEND TIME**
**TO FILE OBJECTIONS TO DISCHARGE**

COMES NOW Mark A. Weisbart, Chapter 7 Trustee (the "Trustee"), and pursuant to, *inter alia*, 11 U.S.C. § 727 and FRBP 4004(b), files this *Unopposed Third Motion to Extend Time to File Objections to Discharge* (the "Motion"), and in support hereof, would show the Court the following:

1. On December 5, 2024, Joseph Dowdall ("Debtor") filed a Voluntary Petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-referenced bankruptcy proceeding.

2. Thereafter, Mark A. Weisbart was appointed the Chapter 7 Trustee and has since remained in that capacity.

3. The initial Meeting of Creditors was called on January 24, 2025, continued to March 14, 2025 and continued again to April 4 at 12:00 p.m.

4. The current deadline to file objections to discharge is May 26, 2025. Trustee, the Debtor, and parties related to the Debtor have reached a settlement which is incorporated in a motion to approve compromise filed on May 15, 2025 [Dkt #40]. The deadline to object to the settlement is June 5 and the settlement includes matters related to Debtor's discharge. Accordingly, Trustee requests an extension of the deadline to object to the discharge of the Debtor to **Monday, July 28, 2025**. The requested extension is limited to the Trustee and the Office of the

United States Trustee.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Court enter an order granting the extension requested above and grant Trustee such other and further relief to which he is justly entitled.

Respectfully submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203
(972) 755-7103 Phone/Fax
MWeisbart@haywardfirm.com

COUNSEL FOR CHAPTER 7 TRUSTEE

**CERTIFICATE OF CONFERENCE**

This is to certify that the undersigned has conferred with Gerrit Pronske, counsel for the Debtor, and he agreed to the relief sought in this Motion.

/s/ Mark A. Weisbart
Mark A. Weisbart

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid no later than the 23rd day of May 2025.

/s/ Mark A. Weisbart
Mark A. Weisbart

| Label Matrix for local noticing | City of Frisco | Joseph Anthony Dowdall |
| --- | --- | --- |
| 0540-4 | Linebarger Goggan Blair & Sampson, LLP | 3347 Overhill Drive |
| Case 24-42950 | C/O Sherrel K. Knighton | Frisco, TX 75033-1110 |
| Eastern District of Texas | 3500 Maple Avenue | |
| Sherman | Suite 800 | |
| Fri May 23 11:52:38 CDT 2025 | DALLAS, TX 75219-3959 | |
| Melissa S. Hayward | Sherrel K. Knighton | Dana Lipp |
| Hayward PLLC | Linebarger Goggan Blair & Sampson, LLP | Lipp Legal PLLC |
| 10501 N. Central Expwy. | 3500 Maple Avenue | 2591 Dallas Parkway |
| Suite 106 | Suite 800 | Suite 300 |
| Dallas, TX 75231-2203 | Dallas, TX 75219-3959 | Frisco, TX 75034-8563 |
| Dana E Lipp | MMWKM Advisors LLC | MMWKM Advisors, LLC |
| Lipp Legal PLLC | c/o Patrick Yarborough | c/o Patrick Yarborough |
| 2591 Dallas Parkway | Foster Yarborough PLLC | Foster Yarborough PLLC |
| Suite 300 | 917 Franklin St., Ste. 220 | 917 Franklin, Suite 220 |
| Frisco, TX 75034-8563 | Houston, TX 77002-1741 | Houston, Texas 77002-1741 |
| Julie Anne Parsons | Gerrit M. Pronske | Wyatt John Shirley |
| McCreary Veselka Bragg & Allen PC | Spencer Fane LLP | Hayward PLLC |
| PO Box 1269 | 5700 Granite Parkway | 10501 N Central Expressway, Suite 106 |
| Round Rock, TX 78680-1269 | Suite 650 | Dallas, TX 75231-2203 |
| | Plano, TX 75024-6812 | |
| The County of Denton, Texas | U.S. Attorney General | US Trustee |
| McCreary Veselka Bragg & Allen, P.C. | Department of Justice | Office of the U.S. Trustee |
| c/o Julie Anne Parsons | Main Justice Building | 110 N. College Ave. |
| P.O. Box 1269 | 10th & Constitution Ave., NW | Suite 300 |
| Round Rock, TX 78680-1269 | Washington, DC 20530-0001 | Tyler, TX 75702-7231 |
| (p)MARK A WEISBART | Worth Asset Management | Patrick Yarborough |
| ATTN THE LAW OFFICE OF MARK A WEISBART | 16660 Dallas Parkway, Suite 1000 | Foster Yarborough PLLC |
| 10501 N CENTRAL EXPY SUITE 106 | Dallas, TX 75248-2653 | 917 Franklin Street |
| DALLAS TX 75231-2203 | | Suite 220 |
| | | Houston, TX 77002-1741 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Mark A. Weisbart | (d)Mark A. Weisbart |
| --- | --- |
| Chapter 7 Bankruptcy Trustee | Hayward PLLC |
| 10501 N Central Expy Suite 106 | 10501 N Central Expy Suite 106 |
| Dallas, TX 75231-2203 | Dallas, TX 75231-2203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)MMWKM Advisors, LLC | End of Label Matrix | |
| --- | --- | --- |
| | Mailable recipients | 17 |
| | Bypassed recipients | 1 |
| | Total | 18 |