IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH ANTHONY DOWDALL<br><br>Debtor | Case No. 24-42950<br>Chapter 7 |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE
AND SETTLEMENT WITH DEBTOR, LJ DOWDALL FINANCIAL, LLC,
& NON-FILING SPOUSE LEILA DOWDALL**

On this day, came on for consideration *Motion to Approve Compromise and Settlement with Debtor, LJ Dowdall Financial, LLC & Non-Filing Spouse Leila Dowdall* (the "Motion") by Mark A. Weisbart, Chapter 7 Trustee for the bankruptcy estate of Joseph Anthony Dowdall ("Trustee"), seeking approval of a compromise and settlement agreement between the Debtor's bankruptcy estate and the Debtor, LJ Dowdall Financial, LLC, and Debtor's non-filing spouse Leila Dowdall attached to the Motion as Exhibit "A" (the "Agreement"). After review and consideration of the Motion, and all objections having been overruled, the Court finds that sufficient and adequate notice of the Motion has been provided to all creditors and parties in interest, and that the settlement proposed therein is fair and equitable and is in the best interests of the Debtor's bankruptcy estate; accordingly, it is

ORDERED that the Motion is GRANTED in its entirety; it is further

ORDERED that the Agreement is approved and the Trustee is authorized to execute all documents necessary to implement and consummate the terms of the Agreement; it is further

ORDERED that the Debtor shall remit the Settlement Payment as provided in the Agreement to the Trustee within fourteen (14) days of this Order becoming final and unappealable.

IT IS SO ORDERED.

Signed on 08/05/2025

_____ SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE