# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH ANTHONY DOWDALL<br><br>Debtor | Case No. 24-42950<br>Chapter 7 |

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF PERSONAL PROPERTY RIGHTS

ON this day, came on for consideration the *Motion to Approve Sale of Personal Property Rights* (the "Motion") filed by Mark A. Weisbart, in his capacity as the duly appointed and acting Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Joseph Anthony Dowdall, seeking authority to sell certain rights in or unscheduled assets pursuant to 11 U.S.C. § 363 and FED.R.BANKR.P. 6004(c) to MMWKM Advisors, LLC ("MMWKM"). After review and consideration of the Motion and the statements of counsel, the Court finds that the relief sought is in the best interest of the estate and that the provisions of 11 U.S.C. § 363(f) have been satisfied; accordingly, it is hereby

ORDERED that the Motion shall be and is hereby approved; it is further

ORDERED that the Trustee, on behalf of the Debtor's bankruptcy estate, shall be and is hereby authorized to sell the Assets, as identified in the Motion, to MMWKM for the purchase price of $12,500.00; it is further

ORDERED that the Trustee shall be and is hereby authorized to execute any documents necessary to consummate the sale of the Assets to MMWKM; it is further

ORDERED that the sale of the Assets to MMWKM shall be "as is, where is," without any representations or warranties concerning the condition or use or suitability of the Assets; it is further

ORDERED that that the stay requirement of FED.R.BANKR.P. 6004(h) shall be and is hereby waived.

IT IS SO ORDERED.