**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:

JOSEPH ANTHONY DOWDALL

Debtor

Case No. 24-42950
Chapter 7

## FINAL APPLICATION OF TRUSTEE'S COUNSEL
## FOR PAYMENT OF FEES AND EXPENSES – HAYWARD PLLC

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU **MUST** FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING ***WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE*** SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW, Hayward PLLC, counsel for Trustee, submitting this *Final Application of Trustee's Counsel for Payment of Fees and Expenses – Hayward PLLC*, pursuant to 11 U.S.C. § 330, and, in support hereof, would show the Court as follows:

### I. FACTUAL AND PROCEDURAL BACKGROUND

1.     On December 5, 2024, a voluntary petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor and Mark A. Weisbart was appointed as Trustee.

2.     On December 30, 2024, the Court entered its *Order Granting Application to Approve Employment of Attorneys* employing Mark A. Weisbart and his law firm Hayward PLLC (collectively "Counsel" or "Applicant") as counsel for the Trustee.

3.     Pursuant to this Application, Counsel seeks fees totaling $23,559.50 and expenses of $26.42.

## II. BACKGROUND & OVERVIEW

4. The principal assets of this estate were claims that non-exempt assets related to Debtor's prior employment were transferred to Debtor's wife and a related entity. Trustee settled those claims and recovered other non-exempt assets.

## III. SERVICES RENDERED BY APPLICANT DURING APPLICATION PERIOD

5. The principal services provided by Applicant involved:

   a. Investigating into the Debtor's financial transactions;

   b. Negotiating a settlement to resolve estate claims;

   c. Preparing employment and fee applications of all professionals; and

   d. Interfacing with Debtor's principal creditor.

6. Attached hereto as Exhibit "A" is a summary of total hours and fees billed by each professional, including legal assistants and support staff, who rendered services to the Debtor's estate during the Application Period, along with their respective billing rates. The time spent by Applicant totals $23,559.50.

7. All services performed by Applicant's professionals were recorded in time increments of one-tenth (0.10) of an hour.

8. All services performed by Applicant's legal assistants and professional support staff were professional in nature and, if not done by the para-professionals, would have been performed by attorneys.

9. Set out below is a more detailed description of the nature of services and the time spent based on the project categories used in this District during the Application Period:

A.     Asset Analysis & Recovery

10. This category reflects time spent by Applicant evaluating potential claims related to estate assets during the case, litigating and/or resolving those claims. It includes time related to

the settlement of estate claims against the Debtor, Debtor's wife, and a related entity.

B.      Asset Disposition

11.      This category reflects time spent by Applicant filing a motion to sell claims to Debtor's principal creditor.

C.      General Administration

12.      This category reflects time spent by Applicant with regard to general administration of the estate including time spent becoming familiar with the case, obtaining background information, obtaining documents and financial records, fielding and responding to questions and inquiries from creditors and other parties-in-interest, filing notices in on-going litigation, and preparing standard motions.  It includes time extending discharge deadlines, communicating with Debtor's counsel and communicating with counsel for Debtor's principal creditor.

D.      Professional Retention & Fee Applications

13.      This category reflects time spent by Applicant preparing employment applications and fee applications for the estate's professionals.

14.      The following is a summary of the time spent on each category and the sum of fees attributable to each:

| BILLING CATEGORY | TIME | AMOUNT |
|---|---|---|
| Asset Analysis and Recovery | 34.2 | $12,894.00 |
| Asset Disposition | 4.2 | $1,401.50 |
| General Administration | 19.7 | $8,328.50 |
| Professional Retention & Fee Applications | 3.0 | $935.50 |
| **TOTAL HOURS AND FEES** | **61.1** | **$23,559.50** |

Applicant submits that all of its services have been actual and necessary to the administration of the case and for the benefit to the estate.

## IV. FACTORS IN EVALUATING REQUESTS FOR COMPENSATION

15. Pursuant to 11 U.S.C. § 330, the Court may award to professional persons employed under 11 U.S.C. § 327 reasonable compensation for actual, necessary services rendered and reimbursement for the actual, necessary expenses incurred. The amount sought in this Application is for services rendered since Applicant's employment in connection with his administration of the case as general counsel for the Trustee.

16. In determining the amount of reasonable compensation to be awarded under 11 U.S.C. § 330, the Court is required to consider the nature, extent and value of the services rendered, taking into account all relevant factors, including (i) the time spent on such services, (ii) the rates charged for such services, (iii) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, the case, (iv) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, (v) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field and (vi) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11, United States Code. See 11 U.S.C. § 330(a)(3).

17. These factors are derived from those identified by the Fifth Circuit for the evaluation of reasonableness of attorneys' fees in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), and made applicable to bankruptcy proceedings by *American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp. of America),* 544 F.2d 1291 *(5th* Cir.), *cert. denied*, 431 U.S. 904 (1977). Under both the standards contained in 11 U.S.C. § 330(a)(3) and those identified in *Johnson*, Applicant submits that the fees requested herein are reasonable for the actual and necessary services rendered by Applicant to the estate.

**A.    11 U.S.C. § 330(a)(3) and Johnson Factors**

18.    Applicant has combined his analysis of 11 U.S.C. § 330(a)(3) and Johnson Factors below:

(i)    Time and Labor Required.

19.    Applicant's time records are maintained contemporaneously or substantially contemporaneously with the rendition of the services and set forth the time expended by each attorney on a daily basis.  Applicant devoted significant blocks of time to the representation of the Trustee during the case.  The hours totaled 61.1.

(ii)    Novelty and Difficulty of the Questions Presented by the Case.

20.    There were no novel or difficult issues presented by this case.

(iii)    Experience, Reputation and Ability of Attorneys.

21.    The services of Applicant were rendered in an efficient manner by attorneys who have a high degree of expertise in representing trustees in Chapter 7 cases.

(iv)    Skill Required to Perform Legal Services Properly

22.    The issues raised in this case involved principally bankruptcy issues.  The skill required to assist the Trustee is consistent with the experience level of the attorneys involved.

(v)    Preclusion of Other Employment

23.    The case did not preclude the attorneys from other employment and legal matters.

(vi)    Amount Involved and Results Obtained

24.    Applicant submits that its services were necessary, material, and beneficial to the administration of the case.  As of his appointment, there were no estate funds in the Debtor's accounts.  Applicant derived approximately $146,257.08 from the settlement and recovery of non-exempt funds.  The current balance of funds is $144,045.22.

(vii)    Time Pressures Imposed by Client or Circumstances

25. No unusual time pressures were imposed in the case.

(viii) Customary Fee for Similar Work in Community

26. To the extent there is similar work in the community, and to the extent similar services were performed outside of the Bankruptcy Code, Applicant would charge and expect to receive on a current basis, an amount at least equal to the amounts herein requested for professional services. Applicant submits that under all of the criteria normally applied in bankruptcy cases, and based upon the factors to be considered in accordance with 11 U.S.C. § 330, the charges for professional services are at or below customary charges in the local legal community for similar services, and the results that have been achieved to date justify charges in the amount requested. Applicant would note that its hourly rates are typically increased on an annual basis.

(ix) Fixed or Contingent Fee

27. The fees for services performed by Applicant under this application are at fixed rates.

(x) Awards in Similar Cases

28. The compensation sought by Applicant in this case, the hourly rates charged, and the average hourly billing rate of Applicant are at or less than those sought by professionals in this and other cases of similar size and complexity in this district.

(xi) The Undesirability of the Case

29. This case was not undesirable.

(xii) Nature and Length of Professional Relationship with Client

30. Applicant had no prior relationship with the Debtor prior to being employed as Trustee's counsel.

31. Based on the foregoing, Applicant submits that its request for compensation herein complies with both the standards contained in 11 U.S.C. § 330(a) and the factors identified by the

Fifth Circuit in *Johnson*, made applicable to bankruptcy cases by *First Colonial*. Accordingly, Applicant requests that the Court approve and award Applicant compensation for its services rendered to the estate in the sum of $23,559.50 pursuant to 11 U.S.C. § 330(a).

## V.  EXPENSES AND DISBURSEMENTS

32.     During the Application Period, Applicant disbursed or incurred $26.42 (the "Expenses") for the actual and necessary expenses in the rendition of professional services related to the 11 U.S.C. § 330 functions. Those services are detailed on Exhibit "A" to this Application.

33.     Applicant charges twenty cents ($.20) per page for photocopying.  This charge is reasonable in that the same rate is charged by Applicant to all clients.

34.     The Expenses incurred in the rendition of professional services to and for the estate were necessary, actual, reasonable, and justified under the circumstances to perform the duties required under the Bankruptcy Code.

35.     Accordingly, Applicant requests that the Court approve reimbursement of the Expenses to Applicant in the sum stated above in accordance with 11 U.S.C. § 330(a)(1)(B).

## VI.  FEES FOR PREPARATION AND PRESENTATION OF APPLICATION

36.     The time expended in reviewing billing statements and preparing this Application is detailed on Exhibit "A".   If required to prepare for and attend a contested hearing, Applicant reserves the right to request additional fees and expenses.

## VII.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that the Court award it, pursuant to 11 U.S.C. § 330, reasonable compensation in the amount of $23,559.50 and for reimbursement of expenses in the amount of $26.42 for a total of $23,585.92, and grant Applicant such other and further relief as is just and equitable.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7103 Phone/Fax
MWeisbart@haywardfirm.com

COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid no later than the 19th day of June 2026.

/s/ Mark A. Weisbart
Mark A. Weisbart



# INVOICE

Invoice # Weisbart/Dowdall
Date: 06/05/2026

10501 N Central Expy, Ste 106
Dallas, TX 75231-2203
Phone: (972) 755-7100
www.HaywardFirm.com

Mark A. Weisbart, Chapter 7 Trustee
10501 N Central Expy, Ste 106
Dallas, TX 75231-2203

**01715-Mark A. Weisbart, Chapter 7 Trustee**

**Dowdall, Joseph Anthony | Chapter 7**

## Services

| Date | Attorney | Professional Services | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/06/2024 | MSH | Case Administration: Review email exchange with G. Pronske regarding new matter and coordination of meeting, correspond with client regarding same (.10). | 0.10 | $500.00 | $50.00 |
| 12/09/2024 | MSH | Asset Analysis & Recovery: Review email and documents provided by P. Yarborough (.60). | 0.60 | $500.00 | $300.00 |
| 12/10/2024 | TMS | Case Administration: Numerous emails re: incoming documents, download and process same (1.0); set up file for MSH access (.3). | 1.30 | $195.00 | $253.50 |
| 12/10/2024 | MSH | Case Administration: Correspond with client regarding matter and providing thoughts (.20). | 0.20 | $500.00 | $100.00 |
| 12/11/2024 | TMS | Employment Application: Prepare firm employment app, affidavit, order, attention to filing and service of same. | 0.70 | $195.00 | $136.50 |
| 12/11/2024 | MSH | Asset Analysis & Recovery: Meet with G. Pronske, M. Weisbart, Debtor and spouse regarding background (1.0); review tax return and correspond with client regarding same (.20). | 1.20 | $500.00 | $600.00 |
| 12/11/2024 | MSH | Employment Application: Work on employment application and attend to filing same (.10). | 0.10 | $500.00 | $50.00 |
| 01/23/2025 | MSH | Case Administration: Correspond with M. Weisbart regarding 341 meeting and status (.10). | 0.10 | $500.00 | $50.00 |
| 01/24/2025 | MSH | Case Administration: Email from creditor counsel regarding 341 meeting and background, correspond with M. Weisbart regarding same (.10). | 0.10 | $500.00 | $50.00 |

Exhibit "A"

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/11/2025 | MAW | Case Administration: Email to Debtor counsel re: request for information. | 0.20 | $515.00 | $103.00 |
| 02/11/2025 | MSH | Asset Analysis & Recovery: Review email exchange with G. Pronske regarding turnover of bank account (.10). | 0.10 | $500.00 | $50.00 |
| 02/20/2025 | MSH | Asset Analysis & Recovery: Review email from J. Dowdall providing bank account statements and additional information (.10). | 0.10 | $500.00 | $50.00 |
| 03/03/2025 | MSH | Asset Analysis & Recovery: Email from counsel regarding purchase of "book of business" and email to M. Weisbart regarding same and providing thoughts (.20). | 0.20 | $500.00 | $100.00 |
| 03/05/2025 | MAW | Case Administration: Review and respond to email from debtor. | 0.30 | $515.00 | $154.50 |
| 03/05/2025 | MSH | Asset Analysis & Recovery: Review email from M. Weisbart to J. Dowdall regarding turnover of bank account (.10). | 0.10 | $500.00 | $50.00 |
| 03/11/2025 | WJS | Asset Analysis & Recovery: Conference with Mark re: status of the case and potential avoidance action. | 0.20 | $275.00 | $55.00 |
| 03/12/2025 | MAW | Case Administration: Email to G. Pronske regarding position. | 0.70 | $515.00 | $360.50 |
| 03/12/2025 | MSH | Asset Analysis & Recovery: Review email exchange with G. Pronske regarding settlement (.10). | 0.10 | $500.00 | $50.00 |
| 03/13/2025 | WJS | Case Administration: Email MAW re: 341; calendared meeting. | 0.10 | $275.00 | $27.50 |
| 03/13/2025 | WJS | Case Administration: Reviewed prior 341 meeting; file. | 0.40 | $275.00 | $110.00 |
| 03/13/2025 | MAW | Asset Analysis: Review and respond to email regarding claims and 341 meeting. | 0.30 | $515.00 | $154.50 |
| 03/13/2025 | MSH | Asset Analysis & Recovery: Review correspondence from G. Pronske regarding turnover of bank accounts, analyze same and email to M. Weisbart regarding same and providing thoughts (.70). | 0.70 | $500.00 | $350.00 |
| 03/14/2025 | WJS | Asset Analysis & Recovery: Begin review of caselaw cited by debtor's counsel. | 0.70 | $275.00 | $192.50 |
| 03/14/2025 | WJS | Case Administration: Attended meeting of creditors. | 0.50 | $275.00 | $137.50 |
| 03/14/2025 | WJS | Asset Analysis & Recovery: Conduct legal research re: wages no longer exempt after received. | 0.40 | $275.00 | $110.00 |
| 03/14/2025 | MAW | Asset Analysis: Review research and communications related assets. | 0.20 | $515.00 | $103.00 |
| 03/14/2025 | MSH | Case Administration: Attend 341 meeting (.20); revie notice of continued meeting date and update calendar accordingly (.10). | 0.30 | $500.00 | $150.00 |
| 03/17/2025 | MAW | Case Administration: Telephone call with G. Pronske regarding settlement issues, email to same. | 0.30 | $515.00 | $154.50 |
| 03/18/2025 | MAW | Asset Analysis: Meeting by Zoom with creditors counsel. | 0.50 | $515.00 | $257.50 |
| 03/18/2025 | MSH | Asset Analysis & Recovery: Email from client regarding status of settlement discussions and providing thoughts (.10). | 0.10 | $500.00 | $50.00 |
| 03/19/2025 | MAW | Asset Analysis & Recovery: Prepare extension motion and emails related to same. | 0.30 | $515.00 | $154.50 |
| 03/19/2025 | MSH | Asset Analysis & Recovery: Review email from counsel regarding alleged fraudulent transfers and documents in support (.30). | 0.30 | $500.00 | $150.00 |
| 03/21/2025 | MSH | Case Administration: Review motion to extend deadline to object to discharge (.10). | 0.10 | $500.00 | $50.00 |

Exhibit "A"

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/21/2025 | TMS | Case Administration: Finalize extension motion/order, attention to filing and service of same. | 0.20 | $195.00 | $39.00 |
| 03/24/2025 | MAW | Asset Analysis: Email to Gerrit regarding settlement. | 0.30 | $515.00 | $154.50 |
| 03/24/2025 | MSH | Asset Analysis & Recovery: Review email exchange between M. Weisbart and G. Pronske regarding turnover of bank funds, documents request, and settlement (.20). | 0.20 | $500.00 | $100.00 |
| 03/26/2025 | WJS | Case Administration: Review of prior notes and email to MW with issues to be resolved. | 0.30 | $275.00 | $82.50 |
| 03/26/2025 | WJS | Asset Analysis: Began review of life insurance policies sent by debtor. | 0.20 | $275.00 | $55.00 |
| 03/27/2025 | MAW | Asset Analysis: Email to Shirley regarding status and review of documents. | 0.20 | $515.00 | $103.00 |
| 04/01/2025 | MAW | Asset Analysis: Review documents and email to G. Pronske. | 2.00 | $515.00 | $1,030.00 |
| 04/01/2025 | MSH | Case Administration: Review email from M. Weisbart to G. Pronske requesting additional records (.10). | 0.10 | $500.00 | $50.00 |
| 04/02/2025 | MAW | Asset Analysis: Email from and to G. Pronske. | 0.30 | $515.00 | $154.50 |
| 04/02/2025 | MSH | Asset Analysis & Recovery: Review email exchange regarding turnover of cash and settlement (.10). | 0.10 | $500.00 | $50.00 |
| 04/03/2025 | MAW | Asset Analysis: Review documents provided by debtor. | 0.20 | $515.00 | $103.00 |
| 04/05/2025 | MAW | Case Administration: Review and respond to email from G. Pronske. | 0.20 | $515.00 | $103.00 |
| 04/05/2025 | MSH | Asset Analysis & Recovery: Review email correspondence regarding settlement of turnover issue (.10). | 0.10 | $500.00 | $50.00 |
| 04/08/2025 | MAW | Case Administration: Review marital agreement. | 0.40 | $515.00 | $206.00 |
| 04/08/2025 | MAW | Case Administration: Revise settlement . | 0.70 | $515.00 | $360.50 |
| 04/08/2025 | MSH | Asset Analysis & Recovery: Review marital property agreement (.10). | 0.10 | $500.00 | $50.00 |
| 04/09/2025 | WJS | Asset Analysis: reviewed marital property settlement agreement from debtor. | 0.20 | $275.00 | $55.00 |
| 04/09/2025 | WJS | Asset Analysis & Recovery: Reviewed settlement agreement for marital property dispute. | 0.20 | $275.00 | $55.00 |
| 04/09/2025 | MAW | Asset Analysis: Email to G. Pronske with settlement. | 0.20 | $515.00 | $103.00 |
| 04/09/2025 | MSH | Asset Analysis & Recovery: Email from M. Weisbart regarding settlement and draft agreement, review and correspondence regarding same (.20). | 0.20 | $500.00 | $100.00 |
| 04/13/2025 | TMS | Case Administration: Download 341 audios, emails to P. Yarborough with audio files. | 0.50 | $195.00 | $97.50 |
| 04/14/2025 | MAW | Case Administration: Email related to 341 transcript. | 0.10 | $515.00 | $51.50 |
| 04/15/2025 | WJS | Asset Analysis & Recovery: Review of Debtor's capital one statements; email to M. Weisbart regarding same. | 0.50 | $275.00 | $137.50 |
| 04/15/2025 | WJS | Asset Analysis: Prepared third party subpoena to Capitol One to recover bank statements; conducted legal research re third party subpoenas; email to M. Weisbart regarding same. | 1.50 | $275.00 | $412.50 |
| 04/15/2025 | WJS | Asset Analysis & Recovery: Conference with J. Brouner re third party subpoenas; conducted legal research re third party subpoenas; email to M. Weisbart. | 0.30 | $275.00 | $82.50 |

Exhibit "A"

| | | | | | |
|---|---|---|---|---|---|
| 04/15/2025 | WJS | Case Administration: Email to T. Simmons to serve subpoena. | 0.10 | $275.00 | $27.50 |
| 04/15/2025 | MAW | Case Administration: Review email and settlement agreement. | 0.20 | $515.00 | $103.00 |
| 04/15/2025 | MAW | Case Administration: Email exchange regarding subpoena. | 0.20 | $515.00 | $103.00 |
| 04/15/2025 | MAW | Case Administration: Revisions regarding settlement, communications with co counsel and to G. Pronske. | 0.50 | $515.00 | $257.50 |
| 04/15/2025 | MSH | Asset Analysis & Recovery: Correspond with client regarding settlement issues (.50). | 0.50 | $500.00 | $250.00 |
| 04/16/2025 | MAW | Asset Analysis: Amend agreement and email to G. Pronske. | 1.00 | $515.00 | $515.00 |
| 04/16/2025 | MAW | Case Administration: Review and respond to email. | 0.20 | $515.00 | $103.00 |
| 04/16/2025 | MSH | Asset Analysis & Recovery: Review correspondence between M Weisbart and G. Pronske regarding settlement (.20). | 0.20 | $500.00 | $100.00 |
| 04/21/2025 | WJS | Case Administration: email to T. Simmons regarding serving capitol one subpoena. | 0.10 | $275.00 | $27.50 |
| 04/21/2025 | WJS | Asset Analysis & Recovery: Finalized subpoena to Capital One; created account for service; issued subpoena, copy to debtor. | 0.50 | $275.00 | $137.50 |
| 04/21/2025 | WJS | Asset Analysis & Recovery: Review of state court turnover motion, responses, exhibits, and contracts pertaining to the book of business; email to M. Weisbart with analysis and thoughts with copy of docs. | 1.50 | $275.00 | $412.50 |
| 04/22/2025 | MAW | Case Administration: Email regarding status. | 0.10 | $515.00 | $51.50 |
| 04/22/2025 | MSH | Asset Analysis & Recovery: Review email from G. Pronske regarding settlement issues and attaching bank statements for LLC, precursory review of same (.20). | 0.20 | $500.00 | $100.00 |
| 04/23/2025 | WJS | Asset Analysis & Recovery: email re settlement offer with M. Weisbart. | 0.10 | $275.00 | $27.50 |
| 04/23/2025 | MAW | Asset Analysis: Review LB bank statements, follow-up email. | 0.80 | $515.00 | $412.00 |
| 04/23/2025 | MAW | Case Administration: Telephone call with G. Pronske, email to P. Yarborough regarding extension. | 0.40 | $515.00 | $206.00 |
| 04/23/2025 | MSH | Asset Analysis & Recovery: Conference with client regarding potential settlement and strategy (.10); correspond with M. Weisbart and W. Shirley regarding proposed settlement (.20). | 0.30 | $500.00 | $150.00 |
| 04/24/2025 | WJS | Asset Analysis: conference with m. weisbart re book of business. | 0.20 | $275.00 | $55.00 |
| 04/24/2025 | MAW | Case Administration: Prepare extension motion, emails related to same. | 0.40 | $515.00 | $206.00 |
| 04/24/2025 | TMS | Case Administration: Prepare extension motion/order. | 0.20 | $195.00 | $39.00 |
| 04/25/2025 | WJS | Case Administration: Reviewed new AP filed by creditors against Debtor. | 0.50 | $275.00 | $137.50 |
| 04/25/2025 | MSH | Case Administration: Review 523 and 727 complaint (.30). | 0.30 | $500.00 | $150.00 |
| 04/28/2025 | MSH | Case Administration: Review motion to dismiss untimely filed complaint and email from client regarding same (.10). | 0.10 | $500.00 | $50.00 |
| 05/02/2025 | WJS | Asset Analysis & Recovery: Revised and resubmitted subpoena to Capital One; reviewed petition for information requested by Capital One to process subpoena; emailed Capital One. | 0.50 | $275.00 | $137.50 |
| 05/02/2025 | MAW | Case Administration: Telephone call from G. Pronske. | 0.10 | $515.00 | $51.50 |
| 05/05/2025 | MAW | Case Administration: Telephone call with G. Pronske. | 0.30 | $515.00 | $154.50 |

Exhibit "A"

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/2025 | WJS | Asset Analysis: Conference with M. Weisbart regarding subpoenas and other outstanding matters. | 0.10 | $275.00 | $27.50 |
| 05/08/2025 | MAW | Case Administration: Revise agreement. | 0.50 | $515.00 | $257.50 |
| 05/08/2025 | TMS | Asset Disposition: Modifications to settlement agreement, emails with M. Weisbart regarding same. | 0.50 | $195.00 | $97.50 |
| 05/09/2025 | WJS | Asset Analysis & Recovery: Reviewed settlement agreement; began drafting 9019 motion and order. | 1.70 | $275.00 | $467.50 |
| 05/09/2025 | MAW | Case Administration: Further revisions to settlement. | 0.60 | $515.00 | $309.00 |
| 05/12/2025 | WJS | Asset Analysis & Recovery: Finished 9019 and proposed order; email to M. Weisbart for review. | 0.80 | $275.00 | $220.00 |
| 05/12/2025 | WJS | Asset Analysis & Recovery: Further edits to 9019; email to M. Weisbart. | 0.30 | $275.00 | $82.50 |
| 05/12/2025 | WJS | Asset Analysis & Recovery: Email to M. Weisbart regarding 9019. | 0.10 | $275.00 | $27.50 |
| 05/12/2025 | MAW | Case Administration: Revise settlement pleadings. | 0.50 | $515.00 | $257.50 |
| 05/13/2025 | MAW | Case Administration: Review extension motion. | 0.20 | $515.00 | $103.00 |
| 05/13/2025 | MAW | Case Administration: Revise settlement pleadings. | 1.00 | $515.00 | $515.00 |
| 05/13/2025 | TMS | Asset Analysis & Recovery: Modifications to settlement agreement, motion, and order; emails with M. Weisbart regarding same. | 1.20 | $195.00 | $234.00 |
| 05/13/2025 | MSH | Case Administration: Review MMWKM's motion to extend deadline to object to discharge and response thereto (.20). | 0.20 | $500.00 | $100.00 |
| 05/15/2025 | WJS | Asset Analysis & Recovery: Email to T. Simmons regarding 9019 for Dowdall settlement. | 0.10 | $275.00 | $27.50 |
| 05/15/2025 | MAW | Case Administration: Communications related to settlement and settlement motion. | 0.20 | $515.00 | $103.00 |
| 05/15/2025 | MAW | Case Administration: Telephone call with P. Yarborough, review reply. | 0.30 | $515.00 | $154.50 |
| 05/15/2025 | MSH | Asset Analysis & Recovery: Review correspondence regarding settlement (.10). | 0.10 | $500.00 | $50.00 |
| 05/19/2025 | WJS | Case Administration: Email to M. Weisbart regarding hearing tomorrow. | 0.10 | $275.00 | $27.50 |
| 05/19/2025 | WJS | Asset Analysis & Recovery: Email to Capitol One rep regarding additional information for subpoena. | 0.20 | $275.00 | $55.00 |
| 05/20/2025 | WJS | Case Administration: Review of reply brief filed regarding the motion to extend discharge deadline. | 0.20 | $275.00 | $55.00 |
| 05/20/2025 | MAW | Case Administration: Review pleading. | 0.10 | $515.00 | $51.50 |
| 05/22/2025 | MAW | Case Administration: Emails related to extension, revise motion. | 0.60 | $515.00 | $309.00 |
| 05/29/2025 | WJS | Asset Analysis: Conference with M. Hayward and M. Weisbart regarding 9011 motion. | 0.30 | $275.00 | $82.50 |
| 05/29/2025 | MAW | Case Administration: Review sanctions motion. | 0.20 | $515.00 | $103.00 |
| 05/29/2025 | MSH | Case Administration: Receive and review rule 11 letter and motion from G. Pronske to P. Yarborough (.20). | 0.20 | $500.00 | $100.00 |
| 05/31/2025 | MAW | Asset Analysis: Review and respond to email with offer. | 0.30 | $515.00 | $154.50 |
| 06/01/2025 | MAW | Case Administration: Email to G. Pronske regarding offer. | 0.10 | $515.00 | $51.50 |

Exhibit "A"

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2025 | MSH | Asset Analysis & Recovery: Review correspondence with P. Yarborough regarding purchase offer (.20). | 0.20 | $500.00 | $100.00 |
| 06/02/2025 | MSH | Asset Analysis & Recovery: Email from P. Yarborough regarding assignment of claims and providing argument and authority (.10). | 0.10 | $500.00 | $50.00 |
| 06/03/2025 | MAW | Case Administration: Telephone call with G. Pronske regarding status. | 0.20 | $515.00 | $103.00 |
| 06/05/2025 | MAW | Asset Analysis: Review objection to settlement. | 0.20 | $515.00 | $103.00 |
| 06/05/2025 | MSH | Case Administration: Receive and review MMWKM objection to 9019 motion (.20). | 0.20 | $500.00 | $100.00 |
| 06/06/2025 | MSH | Case Administration: Review NOH on 9019 motion and attend to calendaring same (.10). | 0.10 | $500.00 | $50.00 |
| 06/11/2025 | WJS | Asset Analysis: Brief review of docs received from Capitol One; email to M. Weisbart. | 0.30 | $275.00 | $82.50 |
| 06/17/2025 | MAW | Case Administration: Telephone call with P. Yarborough regarding purchase of estate assets. | 0.30 | $515.00 | $154.50 |
| 06/17/2025 | MSH | Case Administration: Analyze objection to 9019 motion (.10). | 0.10 | $500.00 | $50.00 |
| 06/19/2025 | WJS | Asset Analysis: Began review of bank statements. | 0.30 | $275.00 | $82.50 |
| 07/03/2025 | WJS | Asset Analysis: Review of Dowdall's response to objection to 9019. | 0.30 | $275.00 | $82.50 |
| 07/04/2025 | MAW | Case Administration: Review response. | 0.20 | $515.00 | $103.00 |
| 07/15/2025 | WJS | Case Administration: Conference with M. Weisbart regarding hearing on Tuesday and W/E list; email to T. Simmons. | 0.20 | $275.00 | $55.00 |
| 07/15/2025 | WJS | Case Administration: Review of 9019 motion and all responses thereto; review of settlement agreement; review of prior emails concerning this case; review of docket. | 1.20 | $275.00 | $330.00 |
| 07/16/2025 | WJS | Asset Analysis & Recovery: Review of W/E list; email to T. Simmons. | 0.20 | $275.00 | $55.00 |
| 07/16/2025 | TMS | Asset Disposition: Prepare W&E list (.2), emails to W. Shirley and M. Weisbart regarding same; attention to filing and service of same (.2). | 0.40 | $195.00 | $78.00 |
| 07/17/2025 | WJS | Case Administration: Reviewed and printed W/E list from MMKMW. | 0.20 | $275.00 | $55.00 |
| 07/21/2025 | WJS | Asset Analysis & Recovery: Prepared for hearing and oral argument; reviewed all pleadings and responses; printed relevant materials; reviewed prior emails; reviewed Capitol One statements and other docs; reviewed settlement agreement; prepared proffer for M. Weisbart. | 2.50 | $275.00 | $687.50 |
| 07/21/2025 | MAW | Asset Analysis: Communications regarding hearing related to proffer and evidence. | 0.80 | $515.00 | $412.00 |
| 07/22/2025 | WJS | Asset Analysis & Recovery: Prepared for hearing; drove to hearing; attended hearing on 9019 settlement; conferences with M. Weisbart and creditor's counsel; drove back to office. | 3.50 | $275.00 | $962.50 |
| 07/22/2025 | MAW | Asset Analysis: Prepare for and attend hearing (1/2 time). | 1.00 | $515.00 | $515.00 |
| 07/22/2025 | MAW | Asset Analysis: Communication regarding payment. | 0.30 | $515.00 | $154.50 |
| 07/23/2025 | WJS | Case Administration: Email to G. Pronske on form of order for 9019. | 0.10 | $275.00 | $27.50 |
| 07/23/2025 | WJS | Case Administration: Emails with G. Pronske; finalized and uploaded order; email to clerk. | 0.30 | $275.00 | $82.50 |

Exhibit "A"

| Date | | Description | Qty | Rate | Total |
|---|---|---|---|---|---|
| 07/31/2025 | MAW | Case Administration: Communication regarding entry of order. | 0.40 | $515.00 | $206.00 |
| 10/29/2025 | MAW | Asset Disposition: Review offer and telephone call with P. Schurr regarding same. | 0.40 | $515.00 | $206.00 |
| 11/27/2025 | MAW | Asset Analysis: Review and respond to email from P. Yarborough. | 0.10 | $515.00 | $51.50 |
| 11/27/2025 | MAW | Asset Disposition: Prepare draft sale motion. | 0.40 | $515.00 | $206.00 |
| 12/04/2025 | TMS | Asset Disposition: Prepare sale motion/order, email same to M. Weisbart. | 0.80 | $195.00 | $156.00 |
| 12/10/2025 | MAW | Asset Disposition: Email to P. Yarborough regarding proposed sale motion. | 0.30 | $515.00 | $154.50 |
| 12/14/2025 | MAW | Asset Disposition: Emails related to sale. | 0.20 | $515.00 | $103.00 |
| 12/17/2025 | MAW | Asset Analysis: Revise the motion and communications related to same. | 0.50 | $515.00 | $257.50 |
| 02/03/2026 | MSH | Asset Disposition: Review debtor objection to motion to sell (.10). | 0.10 | $500.00 | $50.00 |
| 02/04/2026 | WJS | Asset Disposition: Review of Debtor's objection to our sale motion; review of underlying docs on book of business; email to M. Weisbart. | 0.50 | $275.00 | $137.50 |
| 02/04/2026 | WJS | Asset Disposition: Further review of objection from Debtor and docs in file concerning book of business. | 0.20 | $275.00 | $55.00 |
| 02/04/2026 | MAW | Asset Disposition: Emails related to sale status. | 0.20 | $515.00 | $103.00 |
| 02/12/2026 | WJS | Asset Disposition: Call with P. Yarborough; email to M. Weisbart regarding sale motion. | 0.20 | $275.00 | $55.00 |
| 02/27/2026 | WJS | Case Administration: Email to P. Yarborough regarding status of case. | 0.20 | $275.00 | $55.00 |
| 03/01/2026 | MAW | Case Administration: Email to P. Yarborough regarding status. | 0.10 | $515.00 | $51.50 |
| 06/05/2026 | MAW | Fee Application: Review and format billings, prepare fee application/order. | 1.00 | $515.00 | $515.00 |
| 06/05/2026 | TMS | Fee Application: Modifications to billings and fee application (1.0); attention to filing and service of same (.2) | 1.20 | $195.00 | $234.00 |

| | | | **Quantity Subtotal** | **61.1** |
|---|---|---|---|---|
| | | | **Services Subtotal** | **$23,559.50** |

## Expenses

| Date | Professional Services | Quantity | Rate | Total |
|---|---|---|---|---|
| 12/11/2024 | Photocopies: Copies | 7.00 | $0.20 | $1.40 |
| 12/11/2024 | Postage: Postage | 1.00 | $0.74 | $0.74 |
| 03/21/2025 | E108 Postage: Postage-extend discharge deadline motion #1 | 2.00 | $0.73 | $1.46 |
| 03/21/2025 | E101 Copying: Copies-extend discharge deadline motion #1 | 4.00 | $0.20 | $0.80 |
| 04/24/2025 | E101 Copying | 6.00 | $0.20 | $1.20 |
| 04/24/2025 | E108 Postage | 2.00 | $0.73 | $1.46 |
| 04/24/2025 | Photocopies: Copies-extend discharge deadline motion #2 | 4.00 | $0.20 | $0.80 |
| 04/24/2025 | Postage: Postage-extend discharge deadline motion #2 | 2.00 | $0.73 | $1.46 |
| 05/15/2025 | E102 Outside printing: Served the Motion to Approve Compromise & Settlement with | 1.00 | $3.50 | $3.50 |

Exhibit "A"

Debtor, LJ Dowdall Financial LLC & Non-Filing Spouse, Leila Dowdall

| Date | Description | Quantity | Rate | Total |
|------|-------------|----------|------|-------|
| 05/15/2025 | E108 Postage: Served the Motion to Approve Compromise & Settlement with Debtor, LJ Dowdall Financial LLC & Non-Filing Spouse, Leila Dowdall | 1.00 | $2.19 | $2.19 |
| 05/23/2025 | E102 Outside printing: Served the Unopposed Third Motion to Extend Time to File Objections to Discharge | 1.00 | $3.50 | $3.50 |
| 05/23/2025 | E108 Postage: Served the Unopposed Third Motion to Extend Time to File Objections to Discharge | 1.00 | $2.19 | $2.19 |
| 01/13/2026 | E102 Outside printing: Served Trustee's Motion to Approve Sale of Personal Property Rights | 1.00 | $3.50 | $3.50 |
| 01/13/2026 | E108 Postage: Served Trustee's Motion to Approve Sale of Personal Property Rights | 1.00 | $2.22 | $2.22 |
| | | | **Expenses Subtotal** | **$26.42** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Melissa Hayward | 8.2 | $500.00 | $4,100.00 |
| Wyatt Shirley | 23.1 | $275.00 | $6,352.50 |
| Mark Weisbart | 22.8 | $515.00 | $11,742.00 |
| Tarah Simmons | 7.0 | $195.00 | $1,365.00 |
| | **Quantity Total** | | **61.1** |
| | **Subtotal** | | **$23,585.92** |
| | **Total** | | **$23,585.92** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| Weisbart/Dowdall | 07/05/2026 | $23,585.92 | $0.00 | $23,585.92 |
| | | | **Outstanding Balance** | **$23,585.92** |
| | | | **Total Amount Outstanding** | **$23,585.92** |

**DUE UPON RECEIPT**

Exhibit "A"

Label Matrix for local noticing
0540-4
Case 24-42950
Eastern District of Texas
Sherman
Thu Jun 18 14:49:03 CDT 2026

City of Frisco
Linebarger Goggan Blair & Sampson, LLP
C/O Sherrel K. Knighton
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

Joseph Anthony Dowdall
3347 Overhill Drive
Frisco, TX 75033-1110

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expwy.
Suite 106
Dallas, TX 75231-2203

Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Dana Lipp
Lipp Legal PLLC
2591 Dallas Parkway
Suite 300
Frisco, TX 75034-8563

Dana E Lipp
Lipp Legal PLLC
2591 Dallas Parkway
Suite 300
Frisco, TX 75034-8563

MMWKM Advisors LLC
c/o Patrick Yarborough
Foster Yarborough PLLC
917 Franklin St., Ste. 220
Houston, TX 77002-1741

MMWKM Advisors, LLC
c/o Patrick Yarborough
Foster Yarborough PLLC
917 Franklin, Suite 220
Houston, Texas 77002-1741

Julie Anne Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680-1269

Gerrit M. Pronske
6908 Cannon Falls Drive
Plano, TX 75024-7544

Wyatt John Shirley
Hayward PLLC
10501 N Central Expressway, Suite 106
Dallas, TX 75231-2203

The County of Denton, Texas
McCreary Veselka Bragg & Allen, P.C.
c/o Julie Anne Parsons
P.O. Box 1269
Round Rock, TX 78680-1269

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

(p)MARK A  WEISBART
ATTN THE LAW OFFICE OF MARK A WEISBART
10501 N CENTRAL EXPY SUITE 106
DALLAS TX 75231-2203

Worth Asset Management
16660 Dallas Parkway, Suite 1000
Dallas, TX 75248-2653

Patrick Yarborough
Foster Yarborough Killingsworth PLLC
440 Louisiana Street
Suite 1800
Houston, TX 77002-1064

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mark A. Weisbart
Chapter 7 Bankruptcy Trustee
10501 N Central Expy Suite 106
Dallas, TX 75231-2203

(d)Mark A. Weisbart
Hayward PLLC
10501 N Central Expy Suite 106
Dallas, TX 75231-2203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MMWKM Advisors, LLC

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18