**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:

JOSEPH ANTHONY DOWDALL

Case No. 24-42950
Chapter 7

Debtor

### ORDER APPROVING FINAL APPLICATION OF TRUSTEE'S
### COUNSEL FOR PAYMENT OF FEES AND EXPENSES – HAYWARD PLLC

ON THIS DAY came on to be heard the *Final Application of Trustee's Counsel for Payment of Fees and Expenses – Hayward PLLC* and, after appropriate notice and opportunity for hearing, the Court finds the Application should be approved. Therefore, it is

ORDERED that Hayward PLLC is awarded fees of $23,559.50 and expenses of $26.42, for a total of $23,585.92.

IT IS SO ORDERED.