**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>JOSEPH ANTHONY DOWDALL<br><br>Debtor | Case No. 24-42950<br>Chapter 7 |

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

**THE DEADLINE FOR OBJECTING TO THIS APPLICATION IS GOVERNED BY THE "NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT TO TFR" WHICH SHALL BE ISSUED TO YOU BY THE COURT AS A SEPARATE DOCUMENT.**

COMES NOW, Mark A. Weisbart, Chapter 7 Trustee for the estate of Joseph Anthony Dowdall and files this Application for Trustee's Compensation and Expenses (the "Application") to request compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a)(1) and (a)(7). In support of the Application, the trustee submits the following information.

1. On December 5, 2024, Trustee was duly appointed as the Chapter 7 Trustee.

2. Contemporaneously with the filing of the Application, Trustee has filed a Trustee's Final Report (the "TFR") and a Notice of Trustee's Final Report (the "NFR").

3. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to Trustee is $10,562.85 based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to any entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit. See attached **Exhibit "A"** for a detailed calculation of the compensation requested.

4. Trustee has received $0.00 of the maximum compensation allowable as interim compensation, and now requests $10,562.85 as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

5. In addition, Trustee requests $1,004.82 for reimbursement of reasonable and necessary expenses incurred in the administration of the estate. See attached **Exhibit "A"** for an itemization of the Trustee's expenses.

6. In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by Trustee, Trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further Order of the Court.

WHEREFORE, PREMISES CONSIDERED, Mark A. Weisbart, the Chapter 7 Trustee, requests approval of $10,562.85 in compensation and $1,004.82 in reimbursement of expenses.

Dated: September 28, 2026

/s/ Mark A. Weisbart
Mark A. Weisbart
Chapter 7 Trustee

## Trustee's Compensation and Expense Worksheet

**Case Number:** **24-42950-BR**
**Debtor(s):** **JOSEPH ANTHONY DOWDALL**

### Compensation Computation

| | | | |
|---|---|---|---|
| **Total Disbursements, other than the debtor are:** | | | **$146,257.08** |
| **Pursuant to 11 U.S.C. §326, compensation is computed as follows:** | | | |
| | $146,257.08 | 25% of First $5,000<br>($1,250.00 Maximum) | $1,250.00 |
| Less | ($5,000.00) | | |
| Balance | $141,257.08 | 10% of Next $45,000<br>($4,500.00 Maximum) | $4,500.00 |
| Less | ($45,000.00) | | |
| Balance | $96,257.08 | 5% of Next $950,000<br>($47,500.00 Maximum) | $4,812.85 |
| Less | (950,000.00) | | |
| Balance | $0.00 | 3% of the Balance | $0.00 |
| | | **Total Compensation Calculated:** | **$10,562.85** |
| | | **Less Previously Paid Compensation:** | **$0.00** |
| | | **Total Compensation Requested:** | **$10,562.85** |

### Trustee Expenses

| Date | Category | Description | # Units | Unit Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2024 | Paralegal | Review schedules and prepare Form 1. | 0.30 | $150.00 | $45.00 |
| 12/10/2024 | Paralegal | Set up file | 0.50 | $35.00 | $17.50 |
| 06/18/2026 | Copies | Copies (fee app) | 34.00 | $0.20 | $6.80 |
| 06/18/2026 | Postage | Postage (fee app) | 2.00 | $0.78 | $1.56 |
| 09/22/2026 | Copies | Cos.com cost to copy and mail NFR. | 1.00 | $31.14 | $31.14 |
| 09/22/2026 | Postage | Postage for Distribution Checks. | 1.00 | $0.82 | $0.82 |
| 09/22/2026 | Paralegal | Reconcile bank statements monthly. 17 months @ .10 each. | 1.70 | $35.00 | $59.50 |
| 09/22/2026 | Paralegal | Prepare deposits, assign T-code, make copy, electronically transmit checks to Bank. 1 deposits @ .10 each. | 0.10 | $35.00 | $3.50 |
| 09/22/2026 | Paralegal | Prepare checks. 1 checks @ .10 each. | 0.10 | $35.00 | $3.50 |
| 09/22/2026 | Paralegal | Prepare and mail distribution checks. | 0.30 | $35.00 | $10.50 |

| Date | Category | Description | # Units | Unit Rate | Amount |
|---|---|---|---|---|---|
| 09/22/2026 | Paralegal | Prepare Trustee's Final Report, Notice of Final Report. Close bank account, transfer funds. Review file. Review Form 1 and Form 2. Review TFR with Trustee and submit to United States Trustee for approval. | 2.00 | $150.00 | $300.00 |
| 09/22/2026 | Paralegal | Prepare Trustee's Application for Fees and Compensation | 1.00 | $150.00 | $150.00 |
| 09/22/2026 | Paralegal | Prepare and file Certificate of Service on Notice of Final Report. | 0.50 | $150.00 | $75.00 |
| 09/22/2026 | Paralegal | Prepare TDR. Reconcile final bank statements with checks. If necessary file to Redistribute Funds or to turnover to court. Link claims with Schedule D & F. Review with trustee and submit to United States Trustee for approval. | 2.00 | $150.00 | $300.00 |

| | |
|---|---|
| **Total Expenses:** | **$1,004.82** |
| **Less Previously Paid Expenses:** | **$0.00** |
| **Total Expenses Requested:** | **$1,004.82** |

Dated: September 22, 2026

/s/ Mark A. Weisbart

Mark A. Weisbart