**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>JOSEPH ANTHONY DOWDALL<br><br>Debtor | Case No. 24-42950<br>Chapter 7 |

## ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

ON THIS DAY CAME ON FOR CONSIDERATION the Application for Trustee's Compensation and Expenses (the "Application") in which Mark A. Weisbart, the Chapter 7 Trustee for the estate requesting compensation in the amount of $10,562.85 and reimbursement of expenses in the amount of $1,004.82. The Court having determined that the request for compensation and expenses should be granted, it is therefore

ORDERED that the Application is hereby GRANTED; it is further

ORDERED that compensation in the amount of $10,562.85 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $1,004.82 is allowed; it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the Trustee, Trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

IT IS SO ORDERED.